Perry J. Schneider, Esq.
Hannah Stone, Esq.
MILODRAGOVICH, DALE
& STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, Montana 59806-4947
Telephone: (406) 728-1455
Telefax: (406) 549-7077
E:Mail:  perrys@bigskylawyers.com
         hstone@bigskylawyers.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| AMTRUST NORTH AMERICA, INC., a Delaware corporation; and TECHNOLOGY INSURANCE COMPANY, INC., a New Hampshire corporation,<br><br>  Plaintiffs,<br>  -vs-<br><br>SAFEBUILT INSURANCE SERVICES, INC., a California corporation a/k/a SAFEBUILT WHOLESALE INSURANCE SERVICES, INC., THE TAFT COMPANIES, LLC, a Maryland corporation, PREFERRED GLOBAL HOLDINGS, INC., a Montana corporation, DAVID E. PIKE, individually, DAVID E. PIKE, INC., a Nevada corporation, PHILIP SALVAGIO, individually, SALMEN INSURANCE SERVICES, INC., a California corporation f/k/a SALVAGIO, INC., CARL M. SAVOIA, JOHN DOE CORPORATIONS 1-5, and JOHN DOES 1-5,<br><br>  Defendants. | Case No. _____<br><br>SD NY Case No. 14-cv-9494<br><br>**MISCELLANEOUS ACTION RE MOTION TO ENFORCE SUBPOENA AND COMPEL DISCOVERY**<br><br>**(Related Case: US Court Southern District of New York Case No. 14-cv-9494)** |

1

Plaintiffs AmTrust North America, Inc. ("AmTrust") and Technology Insurance Company, Inc. ("Technology"), pursuant to Rule 45, Fed.R.Civ.P., hereby file this Miscellaneous Action and Motion to Enforce Subpoena and Compel Discovery.  Plaintiffs request that the Court enforce its Subpoena issued to Moulton Bellingham, PC, and compel the production of enumerated documents requested therein.  Whether the documents can be withheld under confidentiality as claimed by Moulton Bellingham, PC, is novel under Montana law, and the underlying court deferred interpretation of the statutes at issue to the Montana court.  As this Court's decision impacts discovery in the underlying matter, the fact discovery deadline for which is April 11, 2016, Plaintiffs respectfully request an expedited opinion and order in this matter which will allow for the timely completion of still pending discovery in the Southern District of New York.

DATED this 10th day of February, 2016.

> By: /s/ Perry J. Schneider
> Perry J. Schneider
>
> MILODRAGOVICH, DALE
> & STEINBRENNER, P.C.
> *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served by consent via email upon the following individuals this 10th day of February, 2016:

Michele L. Braukmann, Esq.
MOULTON BELLINGHAM, PC
Suite 1900, Crowne Plaza
P.O. Box 2559
Billings, MT 59103-2559
Email: Michele.Braukmann@moultonbellingham.com
*Attorney for Moulton Bellingham, PC*

Brian B. Bender, Esq.
Peri A. Berger, Esq.
HARRIS BEACH, PLLC
100 Wall Street
New York, NY 10005
Email: Bbender@HarrisBeach.com
Pberger@HarrisBeach.com

*Attorneys for Defendants and Interested Non-party Pacific Re, Inc.*

DATED this 10th day of February, 2016.

By: /s/ Perry J. Schneider
Perry J. Schneider

MILODRAGOVICH, DALE
& STEINBRENNER, P.C.